LEEMOR REALTY CORPORATION and Others, Appellants, v. NATHANIEL TONKIN and Others, Respondents.— Motion to dispense with the printing of the exhibits,

---

* See Water Supply Act (Laws of 1905, chap. 724), § 22.— [REP.

namely, the printed records on appeal in the two cases mentioned, granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.   Settle order on notice.